# UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **NANCY LEE CHAPMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 5:23-cv-1123-LCB** |
| ) | |
| **DAVIDSON HOMES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## CLERK'S MINUTE ENTRY OF STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulated to the dismissal of all claims in this action **WITH PREJUDICE,** (Doc. 17). The parties **SHALL** bear their own costs and fees.

This case is **CLOSED**.

DATED this 25th Day of July, 2024.

GREER M. LYNCH, CLERK

By: *A. Ingleright*
Deputy Clerk